[No. 56591-5-I. Division One. July 30, 2007.]

RED OAKS CONDOMINIUM OWNERS ASSOCIATION, *Appellant*, v. AMERICAN STATES INSURANCE COMPANY, *Defendant*, MUTUAL OF ENUMCLAW INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-08029-1, Steven C. Gonzalez, J., entered July 8, 2005. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Schindler, A.C.J., and Cox, J.

[No. 56935-0-I. Division One. July 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY EARL PUGH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 05-1-06304-8, Theresa B. Doyle, J., entered August 30, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Appelwick, C.J., concurred in by Grosse and Dwyer, JJ.

[No. 57050-1-I. Division One. July 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. REGINALD MERCHANT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-05662-1, Nicole MacInnes, J., entered October 4, 2005. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 57617-8-I. Division One. July 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LETHEORY E. DOTSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 05-1-10986-2, Laura Gene Middaugh, J., entered January 19, 2006. *Affirmed* by unpublished per curiam opinion.